DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY EDMOND,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2154

[March 8, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. 10-2109 CF10A.

Jeffrey Edmond, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***